AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Elise Ashby,<br>*Plaintiff*<br>v.<br>Arthur Cooksey, AFC3 Holdings, LLC,<br>*Defendant* | )<br>)<br>) Civil Action No.  7:20-cv-03662-JD<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ this Court; Plaintiff's case is dismissed under Rules 37 and 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III

Date:   February 2, 2022                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/Rob Weber
                                                                    *Signature of Clerk or Deputy Clerk*